FILED

NOV 02 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Criminal No.** 5:21 CR 46 JPB/JPM |
| **v.** | **Violations:** **21 U.S.C. § 841(a)(1)** |
| **DARRION DAVON ISIMEMEN OJEZUA, aka "DEE,"** | **21 U.S.C. § 841(b)(1)(C)** |
| **Defendant.** | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Distribution of Methamphetamine)

On or about October 25, 2021, in Wetzel County, in the Northern District of West Virginia, defendant **DARRION DAVON ISIMEMEN OJEZUA, aka "DEE,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in exchange for $500 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

(Possession with Intent to Distribute Methamphetamine)

On or about October 25, 2021, in Wetzel County, in the Northern District of West Virginia, defendant **DARRION DAVON ISIMEMEN OJEZUA, aka "DEE,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill:

/s/
Grand Jury Foreperson

/s/
WILLIAM J. IHLENFELD, II
United States Attorney

Clayton J. Reid
Assistant United States Attorney